**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

Absolut Facilities Management, LLC, *et al*.,

Debtors.[1]

Chapter 11

Case No. 19-76260 (AST)
Case No. 19-76263 (AST)
Case No. 19-76267 (AST)
Case No. 19-76268 (AST)
Case No. 19-76269 (AST)
Case No. 19-76270 (AST)
Case No. 19-76271 (AST)
Case No. 19-76272 (AST)

(Jointly Administered)

6060 Armor Road, LLC,

Plaintiff,

v.

Absolut Facilities Management, LLC and Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC

Defendants.

Adv. Pro. No. 19-08121 (AST)

**ORDER REQUIRING DEFENDANTS' RESPONSE TO PLAINTIFF'S APPLICATION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER**

Upon the *Plaintiff's Application for the Entry of Orders Granting a Temporary Restraining Order and Preliminary Injunction Enjoining Defendants from Implementing Unapproved Plan of Closure Prior to Approval Under 11 U.S.C. § 363* (the "Application") [dkt item 3] and the Declaration of George P. Angelich in connection therewith [dkt item 4], seeking entry of an order

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

scheduling a hearing and shortening the notice period to consider the Application; it is hereby

**ORDERED that:**

1. Plaintiff shall serve the Application and a copy of this Order via email (in electronic pdf format) to counsel of record to Defendants Absolut Facilities Management, LLC and Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC and the Office of the United States Trustee for the Eastern District of New York via email by **September 24, 2019 at 2:00 p.m. (prevailing Eastern Time)**.

2. Defendants shall file a response or objection to the portion of the Application seeking a temporary restraining order and other immediate relief on or before **September 25, 2019 at 4:00 p.m. (prevailing Eastern Time)** and serve same upon the attorneys for Plaintiff, Arent Fox LLP, 1301 Avenue of the Americas, Floor 42 New York, New York, 10019 (Attn.: George P. Angelich), george.angelich@arentfox.com; with a courtesy copy to the Office of the United States Trustee for the Eastern District of New York, Alfonse D'Amato Federal Courthouse, 560 Federal Plaza, Central Islip, New York 11722-4456 (Attn.: Christine H. Black, Esq.), Christine.H.Black@usdoj.gov.

3. The Court will then determine the date and time for a hearing on the temporary restraining order request as set out in the Application.




**Dated: September 24, 2019**
**Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**