**LOEB & LOEB LLP**
Schuyler G. Carroll
Stephen A. Aschettino
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
Email:  scarroll@loeb.com
            saschettino@loeb.com
            dbesikof@loeb.com
            nweingarten@loeb.com

*Proposed Counsel to the Debtors*
*and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 19-76260 (AST) |
| | ) | Case No. 19-76263 (AST) |
| In re: | ) | Case No. 19-76267 (AST) |
| | ) | Case No. 19-76268 (AST) |
| Absolut Facilities Management, LLC, *et al*. | ) | Case No. 19-76269 (AST) |
| | ) | Case No. 19-76270 (AST) |
| Debtors.[1] | ) | Case No. 19-76271 (AST) |
| | ) | Case No. 19-76272 (AST) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Absolut Facilities Management, LLC (1412); Absolut Center for Nursing and Rehabilitation at Allegany, LLC (7875); Absolut Center for Nursing and Rehabilitation at Aurora Park, LLC (8266); Absolut Center for Nursing and Rehabilitation at Gasport, LLC (8080); Absolut at Orchard Brooke, LLC (1641); Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (8300); Absolut Center for Nursing and Rehabilitation at Three Rivers, LLC (8133); and Absolut Center for Nursing and Rehabilitation at Westfield, LLC (7924).

|  |  |
|---|---|
| 6060 Armor Road, LLC, </br></br>            Plaintiff, </br>v. </br></br>Absolut Facilities Management, LLC and </br>Absolut Center for Nursing and Rehabilitation </br>at Orchard Park, LLC, </br></br>            Defendants. | ) </br>) </br>) </br>) </br>) </br>) </br>) Adv. Pro. No. 19-08121 (AST) </br>) </br>) </br>) </br>) </br>) </br>) |

## NOTICE OF TAKING DEPOSITION OF IRA SMEDRA

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Bankr. P. 7030 and Fed. R. Civ. P. 30, Absolut Facilities Management, LLC and Absolut Center for Nursing and Rehabilitation at Orchard Park, LLC (collectively, the "**Debtors**"), through proposed counsel, Loeb & Loeb LLP shall take the deposition of Ira Smedra commencing on October 2, 2019 at 10:00 a.m. (Eastern Time). The examination of the deponent will be conducted by proposed counsel for the Debtors at the offices of Loeb & Loeb LLP, 345 Park Avenue, New York NY 10154, before a certified shorthand officer authorized to administer oaths under the laws of the United States.

**PLEASE TAKE FURTHER NOTICE** that the deposition may be recorded by audio, visual, and/or stenographic means.

Dated: September 25, 2019
       New York, New York

LOEB & LOEB LLP

<u>*/s/* Schuyler G. Carroll</u>
Schuyler G. Carroll
Stephen A. Aschettino
Daniel B. Besikof
Noah Weingarten
345 Park Avenue
New York, NY 10154
Tel: (212) 407-4000
Fax: (212) 407-4990
scarroll@loeb.com
saschettino@loeb.com
dbesikof@loeb.com
nweingarten@loeb.com

*Proposed Counsel to the Debtors
and Debtor-in-Possession*